IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER ROBINSON,

                Petitioner,

v.

UNITED STATES OF AMERICA,

                Respondent.

ORDER

11-cv-310-wmc

---

      Petitioner Christopher Robinson, a prisoner at the Federal Correctional Institution in Oxford, Wisconsin, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He appears to be challenging his federal sentence for bank robbery.

      Normally, a prisoner seeking to attack his federal conviction or sentence must do so on direct appeal or collaterally by a motion filed under 28 U.S.C. § 2255. *Kramer v. Olson*, 347 F.3d 214, 217 (7th Cir. 2003). Collateral relief under § 2241 is available only when a motion under § 2255 is "inadequate or ineffective to test the legality of [the prisoner's] detention," 28 U.S.C. § 2255(e), which means that "a structural problem in § 2255 forecloses even one round of effective collateral review" and "the claim being foreclosed is one of actual innocence." *Taylor v. Gilkey*, 314 F.3d 832, 835 (7th Cir. 2002).

      Although, petitioner alleges that 28 U.S.C. § 2255 is inadequate or ineffective, he provides no information as to the specifics of his conviction, sentence or post conviction motions. Before the court can take any action on petitioner's petition he shall provide a copy of his judgment and conviction, a copy of the indictment (if possible), and copies of the decisions he received on his post-conviction motions. Petitioner shall provide this information, not later than June 14, 2011, or his petition may be subject to dismissal for failure to prosecute.

ORDER

IT IS ORDERED that petitioner shall provide a copy of his judgment and conviction, a copy of the indictment (if possible), and copies of the decisions he received on his post-conviction motions no later than June 14, 2011 or his petition may be subject to dismissal for failure to prosecute.

Entered this 24th day of May, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge