IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER ROBINSON,

     Petitioner,

v.

UNITED STATES OF AMERICA,

     Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-310-wmc

     This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Christopher Robinson for a writ of habeas corpus under 28 U.S.C. § 2241 for lack of jurisdiction.

_____
Peter Oppeneer, Clerk of Court

_____
8/7/12
Date